**No. 10-731. David G. Walsh, et al., Petitioners v. Badger Catholic, Incorporated, et al.**

562 U.S. 1280, 131 S. Ct. 1604, 179 L. Ed. 2d 517, 2011 U.S. LEXIS 2058.

March 7, 2011. Motion of American Council on Education, et al. for leave to file a brief as amici curiae out of time granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 620 F.3d 775.

**No. 10-732. Shirley Edwards, Petitioner v. A.H. Cornell and Son, Inc., dba AH Cornells, et al.**

562 U.S. 1280, 131 S. Ct. 1604, 179 L. Ed. 2d 517, 2011 U.S. LEXIS 2092.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 610 F.3d 217.

**No. 10-762. Louisiana Wholesale Drug Co., Inc., et al., Petitioners v. Bayer AG, et al.**

562 U.S. 1280, 131 S. Ct. 1606, 179 L. Ed. 2d 517, 2011 U.S. LEXIS 2090.

March 7, 2011. Petition for writ of certiorari to the United States Court of Ap-

peals for the Second Circuit denied. Justice Sotomayor and Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 604 F.3d 98.

**No. 10-856. Deanna Morris, Petitioner v. Ales Group USA, et al.**

562 U.S. 1280, 131 S. Ct. 1606, 179 L. Ed. 2d 517, 2011 U.S. LEXIS 2067.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 378 Fed. Appx. 46.

**No. 10-8884. Dennis Paris, Petitioner v. United States.**

562 U.S. 1280, 131 S. Ct. 1622, 179 L. Ed. 2d 517, 2011 U.S. LEXIS 1942.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 621 F.3d 101.

**No. 10-8888. In re Keith Tobey, Petitioner.**

562 U.S. 1269, 131 S. Ct. 1623, 179 L. Ed. 2d 517, 2011 U.S. LEXIS 2007.

March 7, 2011. Petition for writ of habeas corpus denied.